UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03430-FWS-DFM                          Date: July 14, 2026
Title: Maribel Catalan Ramirez v. Warden *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                              Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PETITIONER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [9]**

On June 22, 2026, *pro se* Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and an *Ex Parte* Application for Temporary Restraining Order. (Dkt. 1 (Petition); Dkt. 2 ("First Application").) The court denied the First Application on June 29, 2026. (Dkt. 6 ("Prior Order").) Among other reasons, "[t]he court f[ound] that Petitioner d[id] not demonstrate imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule." (*Id.* at 1.)

Consistent with General Order 26-05, the Petition soon became fully briefed. (*See* Dkts. 7, 9.) However, Petitioner's Reply in support of the Petition, filed a week after the Prior Order issued, also contained an "Application for Temporary Restraining Order and Preliminary Injunction." (Dkt. 9 ("Second Application").)

The court has reviewed the record and the relevant law, and finds, for reasons including those discussed in the Prior Order and Respondent's Opposition to the Second Application (Dkt. 11), and also based on the fact that the Petition is now fully briefed, that Petitioner makes an insufficient showing for the relief sought and therefore **DENIES** the Renewed Application.