# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| MARIBEL CATALAN RAMIREZ, <br><br> Petitioner, <br><br> v. <br><br> WARDEN et al., <br><br> Respondents. | Case No. 5:26-cv-03430-FWS-DFM <br><br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition is granted, in part. Respondents are ordered to release Petitioner, MARIBEL CATALAN RAMIREZ (#A246-060-511) from custody on reasonable conditions of supervision unless Petitioner is provided with an additional bond hearing under 8 U.S.C. § 1226(a) before an Immigration Judge within seven (7) days. Petitioner's counsel of record, if any, shall have at least three (3) days' notice of and the opportunity to attend the bond hearing.

The parties are ordered to file a status report within ten (10) days of the issuance of this Order detailing if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial.

Petitioner's conditions of confinement and due process claims are dismissed without prejudice.

DATED:  July 29, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE