JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MARIBEL CATALAN RAMIREZ,<br>Petitioner,<br>v.<br>WARDEN et al.,<br>Respondents. | Case No. 5:26-cv-03430-FWS-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that:

1. The Petition is **GRANTED IN PART** on Petitioner's Immigration and Nationality Act claim;

2. Respondents shall release Petitioner, MARIBEL CATALAN RAMIREZ (#A246-060-511) from custody on reasonable conditions of supervision unless Petitioner is provided with an additional bond hearing under 8 U.S.C. § 1226(a) before an Immigration Judge within seven (7) days. Petitioner's counsel of record, if any, shall have at least three (3) days' notice of and the opportunity to attend the bond hearing;

3. The parties shall file a status report within ten (10) days detailing if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial; and

4. Petitioner's conditions of confinement and due process claims are **DISMISSED** without prejudice.

DATED: July 29, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE