**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MARIBEL CATALAN RAMIREZ,<br>Petitioner,<br>v.<br>WARDEN et al.,<br>Respondents. | Case No. 5:26-cv-03430-FWS-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. Based on the unique and exceptional circumstances present in this case, including the health challenges of Petitioner, and the lack of any persuasive opposition to Petitioner's arguments, the Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the First Amended Petition is granted, in part. Respondents are ordered to immediately release Petitioner Maribel Catalan Ramirez (A# 246-060-511) from custody on reasonable conditions of supervision.

///

///

The parties are ordered to file a status report within two (2) court days of the issuance of this Order confirming Petitioner's release.

DATED: August 20, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE