JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARIBEL CATALAN RAMIREZ,<br>Petitioner,<br>v.<br>WARDEN et al.,<br>Respondents. | Case No. 5:26-cv-03430-FWS-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that:

1. The First Amended Petition is **GRANTED, IN PART**.

2. Respondents shall immediately release Petitioner Maribel Catalan Ramirez (A# 246-060-511) from custody on reasonable conditions of supervision.

The parties shall file a status report within two (2) court days confirming Petitioner's release.

DATED: August 20, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE